M. P. No. 77-321. TOWN OF BARRINGTON *et al. v.* NICHOLAS L. DiSALVO. Petition for writ of certiorari is granted and the writ shall issue forthwith.

The stay previously ordered by this court is to remain in full force and effect.

Chief Justice Bevilacqua did not participate. *Stephen J. Carlotti,* Town Solicitor, for petitioner. *Bevilacqua & Cicilline, John F. Cicilline,* for respondent.

M. P. No. 77-324. ROBERT E. DANA *v.* EUGENE P. PETIT, JR. Petition for writ of certiorari is granted and the writ shall issue forthwith. *Aram K. Berberian,* for petitioner. *Stephen F. Mullen,* Chief Legal Counsel, Office of Special Counsel, for respondent.